

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00011-CV

CAS Companies, L. P., incorrectly named Clean Air Solutions of Houston, LLC and Bill Bowlin
v.
Service Supply of Victoria, Inc.

On Appeal from the
267th District Court of Victoria County, Texas
Trial Cause No. 11-9-72239C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed with prejudice. The Court orders the appeal DISMISSED WITH PREJUDICE in accordance with its opinion. Costs of the appeal are adjudged against the party incurring same.

We further order this decision certified below for observance.

March 13, 2014